THE STATE OF WASHINGTON, *Respondent,* v. AUGUSTUS
MACON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03542–4, H. Joseph Coleman, J., entered

August 14, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Corbett, J.